JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG LOR, | CASE NO. 2:18-cv-03800-PA (SK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEBBIE ASUNCION, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that the First Amended Complaint is dismissed without leave to amend and this action is dismissed.

DATED: August 21, 2018

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE